IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:
    Jason E. Adelsberger                                         Case # 12-58025
    Amanda N. Adelsberger                                 Chapter 13
        Debtors                                                     Judge Caldwell

**NOTICE OF CHANGE OF ADDRESS**

Now come Jason & Amanda Adelsberger, by and through counsel, and hereby notify the Court of their new address. The Debtors' mailing address is as follows:

        Jason & Amanda Adelsberger
        123 Walnut Street
        Mechanicsburg, OH  43044

        /s/ John F. Cannizzaro
        John F. Cannizzaro # 0005096
        Attorney for Debtors
        302 S. Main Street
        Marysville, OH 43040
        937-644-9125 (telephone no.)
        937-644-0754 (fax no.)
        bkadmin@cfbjs.com

**Certificate of Service**

I hereby certify that a copy of the foregoing address change notice was sent by ECF service to Faye D. English, Chapter 13 Trustee; U.S. Trustee's Office and by regular U.S. Mail service upon Jason & Amanda Adelsberger, 123 Walnut Street, Mechanicsburg, OH  43044, on this 24th day of June 2015.

        /s/ John F. Cannizzaro
        John F. Cannizzaro